# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146134

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                    SC: 146134
                                    COA: 311665
                                    Genesee CC: 11-028958-FC

DEMARIO DOMINIQUE BLAKE,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

s0325